UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TOLENTINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GILLIG, LLC,<br><br>　　　　Defendant. | 23-cv-02062-VC<br><br>**JUDGMENT** |

　　The Court, having dismissed the federal claim with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to remand the remaining claims to the Superior Court of California, Alameda County, and close the case.

**IT IS SO ORDERED.**

Dated: August 17, 2023

_____
VINCE CHHABRIA
United States District Judge